Sean E. Cortney (NV Bar No. 16218)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
sean.cortney@clydeco.us

Matthew L. Epstein (*Pro Hac Vice*)
CLYDE & CO US LLP
1 North Central Avenue, Suite 1030
Phoenix, AZ  85004
Telephone: 480-746-4575
matthew.epstein@clydeco.us

*Attorneys for Defendant, Kevin Powell*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| NATALIE BRINK, Individually, | CASE NO.: 2:25-cv-01998-RFP-MDC |
| Plaintiff, | |
| v. | **JOINT AMENDED PROPOSED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES BY 90 DAYS** |
| KEVIN POWELL, Individually, DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff NATALIE BRINK and Defendant KEVIN POWELL, by and through their respective counsel, that all discovery deadlines by extended by 90 days.

On February 20, 2026, the Court denied the parties' prior stipulation without prejudice and requested that the parties file an amended stipulation by February 27, 2026. Following that Order, Defendant promptly circulated a revised, LR IA 6-2-compliant proposed stipulation to Plaintiff for review and approval. Plaintiff approved the revised stipulation on March 2, 2026, and the parties file this amended stipulation on March 2, 2026, at the first available opportunity after receiving Plaintiff's approval.

This is the parties' first request to extend any discovery deadlines in this matter.

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

In accordance with Local Rule 26-3, the parties state as follows:

**I.    DISCOVERY COMPLETED TO DATE**

• The parties conducted the Fed. R. Civ. P. 26(f) conference.

• The parties exchanged initial disclosures of documents and lists of witnesses.

• Defendant served its first set of written discovery on Plaintiff and Plaintiff served its responses to Defendant's first set of written discovery.

**II.    DISCOVERY TO BE COMPLETED**

• Initial expert disclosures

• Any written discovery requests that Plaintiff intends to serve on Defendant and Defendant's responses to the same.

• Any additional written discovery needed in this action

• Depositions of Plaintiff and Defendant

• Fact witness depositions

• Disclosure of rebuttal expert reports

• Expert depositions

**III.    REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE**

Good cause exists to extend the discovery schedule in this matter. Defendant has diligently pursued discovery of records central to Plaintiff's claimed damages. On November 21, 2025, Defendant served medical record authorizations based on Plaintiff's initial discovery responses so that relevant records could be obtained. Plaintiff returned the authorizations on December 9, 2025, but they were completed in a manner that prevented their use. Plaintiff resides in another state and Plaintiff's counsel was unable to reach Plaintiff for a period of time to obtain corrected medical record authorizations. On January 8, 2026, Plaintiff advised that she objected to the authorizations as written and altered them before returning them. The alterations and resulting scope of the authorizations became the subject of a discovery dispute, which has delayed the ability to obtain and review records. Nonetheless, Defendant has since submitted the authorizations while maintaining his objections to begin the process of Plaintiff's medical record retrieval.

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

Defendant has since filed a motion to compel Plaintiff's medical authorizations and is awaiting the Court's ruling on that motion. The parties are also awaiting the Court's ruling on Defendant's motion for leave to amend the complaint, which will necessitate additional discovery.

Given these delays, the parties agree that the existing schedule does not reasonably allow sufficient time for Defendant to obtain and review meaningful written discovery, retain appropriate experts, conduct an IME, and take Plaintiff's deposition and other necessary depositions with the benefit of complete records. A 90-day extension will permit discovery to proceed in an orderly manner, reduce the likelihood of motion practice, and allow the case to be litigated on a complete record. The parties seek to extend discovery deadlines now in order to make careful strategic decisions that will prevent any unnecessary delays or discovery issues at a later date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

## IV.  PROPOSED SCHEDULE

Accordingly, the parties hereby agree and stipulate to a 90-day extension of discovery dates as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-Off Date | June 10, 2026 | **September 8, 2026** |
| Initial Expert Disclosures | April 8, 2026 | **July 7, 2026** |
| Rebuttal Expert Disclosures | May 8, 2026 | **August 6, 2026** |
| Dispositive and Daubert Motions | July 7, 2026 | **October 5, 2026** |
| Pre-Trial Order | The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which will be August 6, 2026<br><br>If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended. | **The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which will be November 4, 2026**<br><br>**If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended.** |

DATED March 2, 2026                              DATED March 2, 2026

CLYDE & CO US LLP                           BEAL & SHIRTS LAW, PLLC

   */s/ Sean E. Cortney*                              */s/ Garnet E. Beal*

Sean E. Cortney (NV Bar No. 16218)          Garnet E. Beal (NV Bar No. 12693)
Matthew L. Epstein (*pro hac vice*)          8488 Rozita Lee Ave., Bldg. 3
7251 W. Lake Mead Blvd., Suite 430          Las Vegas, Nevada 89113
Las Vegas NV  89128                          *Attorney for Plaintiff*
Telephone: 725-248-2900                       *Natalie Brink*
Facsimile: 725-248-2907
*Attorneys for Defendant*
*Kevin Powell*

### ORDER

**IT IS SO ORDERED:**

Dated:  March 3, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

- 4 -