**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Natalie Brink,

                Plaintiff,

vs.

Kevin Powell,

                Defendants.

Case No. 2:25-cv-01998-RFB-MDC

**ORDER GRANTING MOTION FOR LEAVE TO ASSERT THIRD-PARTY COMPLAINT (ECF NO. 11)**

Pending before the Court is defendant Kevin Powell's ("defendant") *Motion for Leave to Assert Third-Party Complaint* ("Motion") (ECF No. 11). The Motion is not opposed. The Court **GRANTS** the Motion for the reasons below.

**DISCUSSION**

This is a personal injury case removed from state court that arose out of plaintiff being injured in a motor vehicle accident. *ECF No. 1-1*. Defendant now moves for leave of the Court to file a third-party complaint to bring in Thomas Pablo as a third-party defendant in this case. *ECF No. 11*.

The Federal Rules of Civil Procedure ("Rules") govern the process by which a defendant may amend an answer to bring in a third party. Pursuant to Rule 14(a)(1), a defendant may add as a third-party defendant any person "who may be liable to it for all or part of" the damages claimed by the plaintiff. Fed. R. Civ. P. 14(a)(1). A party wishing to bring a third-party complaint must also "obtain the court's leave if it files the third-party complaint more than 14 days after serving its original answer." *Id.*

Defendant claims that Mr. Pablo is "responsible" for the motor vehicle accident at issue in this case and "may be liable for all or part of any damages claimed by [p]laintiff." *ECF No. 11* at 2. His proposed Third-Party Complaint alleges that Mr. Pablo is liable for the motor vehicle accident at issue under negligence and negligence per se theories. *See ECF No. 11-1*. For cause shown and because the Motion is unopposed, the Court therefore grants the Motion. *See* LR 7-2(d). Defendant has leave of the

1

Court to file his proposed Third-Party Complaint. He must file the Third-Party Complaint by **March 10, 2026**.[1]

ACCORDINGLY,

**IT IS ORDERED that:**

1.  Defendant Kevin Powell's *Motion for Leave to Assert Third-Party Complaint* (ECF No. 11) is **GRANTED**.

2.  Defendant Kevin Powell must file the Third-Party Complaint by **March 10, 2026**.

DATED: March 3, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

---

[1] Diversity jurisdiction is not destroyed by the addition of Mr. Pablo as a third-party defendant. *See Nevada Eighty-Eight, Inc. v. Title Ins. Co.*, 753 F. Supp. 1516, 1521-22 (D. Nev. 1990).

2