CLYDE & CO US LLP
Stacy R. Smith (NV Bar No. 7919)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
Stacy.Smith@clydeco.com

Matthew L. Epstein (*Pro Hac Vice*)
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: 480-746-4575
matthew.epstein@clydeco.us

*Attorneys for Defendant,*
**KEVIN POWELL**

**UNITED STATES DISTRICT COURT**

**DISTRICT NOF NEVADA**

NATALIE BRINK, Individually,

Plaintiff,

v.

KEVIN POWELL, Individually, DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,

Defendants.

KEVIN POWELL, Individually,

Third-Party Plaintiff,

v.

THOMAS PABLO, Individually,

Third-Party Defendant.

CASE NO.: 2:25-cv-01998-RFB-MDC

**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**

/ / /

/ / /

/ / /



CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

IT IS HEREBY STIPULATED AND AGREED by Plaintiff NATALIE BRINK and Defendant KEVIN POWELL, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's Complaint, and all claims asserted therein, be dismissed in their entirety with prejudice, with each party to bear her or his own attorneys' fees and costs.

Dated: September 11, 2026

**CLYDE & CO US LLP**

***/s/ Stacy R. Smith***

Stacy R. Smith (NV Bar No. 7919)
Matthew L. Epstein (*pro hac vice*)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
Facsimile: 725-248-2907

*Attorneys for Defendant,*
**KEVIN POWELL**

Dated: September 11, 2026

**BEAL & SHIRTS LAW, PLLC**

***/s/ Garnet E. Beal***

Garnet E. Beal (NV Bar No. 12693)
8488 Rozita Lee Ave., Bldg. 3
Las Vegas, Nevada 89113

*Attorney for Plaintiff,*
**NATALIE BRINK**

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**ORDER**

**IT IS SO ORDERED:**

Dated: November 19, 2026

UNITED STATES DISTRICT JUDGE
Richard F. Boulware, II

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

Signature Approval of Garnet Beal, Esq.

Todd, Raphaela

| | |
|---|---|
| From: | Garnet Beal <Garnet.Beal@bsinjurylaw.com> |
| Sent: | Wednesday, September 9, 2026 8:58 AM |
| To: | Epstein, Matthew |
| Cc: | Stacey Crawford; Smith, Stacy; Noble, Felisa; Robinson, Christina; Gardner, Melissa; Hommel, Holly; Hommel, Kat; Rodriguez, Favian |
| Subject: | RE: Order re Discovery Dispute and IME [CC-US.118534.10752664.FID4303374] |

Good morning Matt,

We received the check. You may E-sign the SAO to dismiss. Thanks!!

BEAL & SHIRTS INJURY LAW

**GARNET BEAL, ESQ.**
Partner
702.356.6000
garnet.beal@bsinjurylaw.com
www.bsinjurylaw.com
8488 Rozita Lee Ave, Bldg 3, Ste 100, Las Vegas, NV 89113

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Epstein, Matthew <Matthew.Epstein@clydeco.us>
**Sent:** Tuesday, September 8, 2026 9:02 AM
**To:** Garnet Beal <Garnet.Beal@bsinjurylaw.com>
**Cc:** Stacey Crawford <Stacey.Crawford@bsinjurylaw.com>; Smith, Stacy <Stacy.Smith@clydeco.com>; Noble, Felisa <Felisa.Noble@clydeco.com>; Robinson, Christina <Christina.Robinson@clydeco.com>; Gardner, Melissa <Melissa.Gardner@clydeco.us>; Hommel, Holly <Holly.Hommel@clydeco.us>; Hommel, Kat <Kat.Hommel@clydeco.com>; Rodriguez, Favian <Favian.Rodriguez@clydeco.us>
**Subject:** RE: Order re Discovery Dispute and IME [CC-US.118534.10752664.FID4303374]

Garnet,

Just following up to confirm payment was received so we can file the stip to dismiss.

Thanks,

**Matthew Epstein**
Associate | Clyde & Co US LLP
**Direct Dial:** +1 480 746 4575

CLYDE&CO | 1 North Central Avenue | Suite 1030 | Phoenix | AZ 85004 | USA
Main +1 480 746 4580 | Fax +1 480 746 4556 | **www.clydeco.us**

Please consider the environment before printing

---

**From:** Garnet Beal <Garnet.Beal@bsinjurylaw.com>
**Sent:** Friday, September 4, 2026 8:53 AM
**To:** Epstein, Matthew <Matthew.Epstein@clydeco.us>
**Cc:** Stacey Crawford <Stacey.Crawford@bsinjurylaw.com>; Smith, Stacy <Stacy.Smith@clydeco.com>; Noble, Felisa <Felisa.Noble@clydeco.com>; Robinson, Christina <Christina.Robinson@clydeco.com>; Gardner, Melissa <Melissa.Gardner@clydeco.us>; Hommel, Holly <Holly.Hommel@clydeco.us>; Hommel, Kat <Kat.Hommel@clydeco.com>; Rodriguez, Favian <Favian.Rodriguez@clydeco.us>
**Subject:** Re: Order re Discovery Dispute and IME [CC-US.118534.10752664.FID4303374]

Oh ok. Sounds good! Have a good long weekend!

Sent from my iPhone

> On Sep 4, 2026, at 8:47 AM, Epstein, Matthew <Matthew.Epstein@clydeco.us> wrote:
>
> No problem and I'm not sure the tracking number but I'm pretty sure it wasn't sent via normal mail. Just let me know after the weekend. Have a nice holiday!
>
> **Matthew Epstein**
> Associate | Clyde & Co US LLP
> **Direct Dial:** +1 480 746 4575
>
> 1 North Central Avenue | Suite 1030 | Phoenix | AZ 85004 | USA
> Main +1 480 746 4580 | Fax +1 480 746 4556 | **www.clydeco.us**
>
> ---
>
> **From:** Garnet Beal <Garnet.Beal@bsinjurylaw.com>
> **Sent:** Friday, September 4, 2026 8:40 AM
> **To:** Epstein, Matthew <Matthew.Epstein@clydeco.us>
> **Cc:** Stacey Crawford <Stacey.Crawford@bsinjurylaw.com>; Smith, Stacy <Stacy.Smith@clydeco.com>; Noble, Felisa <Felisa.Noble@clydeco.com>; Robinson, Christina <Christina.Robinson@clydeco.com>; Gardner, Melissa <Melissa.Gardner@clydeco.us>; Hommel, Holly <Holly.Hommel@clydeco.us>; Hommel, Kat <Kat.Hommel@clydeco.com>; Rodriguez, Favian <Favian.Rodriguez@clydeco.us>
> **Subject:** Re: Order re Discovery Dispute and IME [CC-US.118534.10752664.FID4303374]
>
> Hey Matt,
>
> So nobody is at the office today to check. Do you have a tracking number or was it just normal mail? I'll go check this weekend and let you know.
>
> Sent from my iPhone